# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SANDOVAL GUTIERREZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | Case No. 1:26-cv-00733-KES-SAB-HC<br><br>ORDER VACATING JANUARY 29, 2026 BRIEFING SCHEDULE<br><br>(ECF No. 5) |

In light of Petitioner filing a motion for temporary restraining order on January 29, 2026, (ECF No. 7), and the Court's briefing schedule for the motion, (ECF No. 8), the Court HEREBY VACATES the briefing schedule issued on January 29, 2026, (ECF No. 5).

IT IS SO ORDERED.

Dated:   **January 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge